1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8   LENA GARCIA,                                 CASE NO. 1:13-CV-00477-SMS

9                   Plaintiff,                   ORDER GRANTING PLAINTIFF'S
                                                 MOTION TO PROCEED
10          v.                                   *IN FORMA PAUPERIS*

11   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
12                                               (Doc. 2)
                    Defendant.
13   _____ /

14
           By a motion filed April 2, 2013, Plaintiff Lena Garcia seeks to proceed *in forma*
15
     *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §
16
     1915(a).
17
           Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*.
18
     Nonetheless, the Clerk of Court shall not issue new case documents and summons until further
19
     order of this Court, following its screening of Plaintiff's complaint.
20

21
     Dated: <u>4/5/2013</u>                        <u>/s/ SANDRA M. SNYDER</u>
22                                               UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

                                                 1