# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GARCIA, | CASE NO. 1:13-CV-00477-SMS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 2) |
| Defendant. | |
| _____/ | |

By a motion filed April 2, 2013, Plaintiff Lena Garcia seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court shall not issue new case documents and summons until further order of this Court, following its screening of Plaintiff's complaint.

Dated: 4/5/2013                          /s/ SANDRA M. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE

1