**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:13-cv-00477-SMS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**<br><br>(Doc. 5) |

　　　On April 2, 2013, Lena Garcia filed a complaint, *pro se* and *in forma pauperis*, regarding SSI benefits for her daughter, Serenidy Unique Serna. On April 10, 2013, prior to issuing a summons upon Defendant, the Court dismissed the complaint because it failed to state a claim for which this Court could grant relief and because Ms. Garcia could not bring her daughter's case without retaining an attorney. The Court gave Ms. Garcia thirty days (until May 10, 2013) to remedy these defects.

　　　Ms. Garcia now asks for an extension. The Court grants an additional **thirty (30) days** (until Monday, June 10, 2013). No further extension shall be granted.

　　　The Office of the Clerk shall serve this order upon Plaintiff by mail.

　　　IT IS SO ORDERED.

DATED: 5/7/2013　　　　　　　　　　　　/s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1