# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GARCIA, | CASE NO. 1:13-cv-00477-SMS |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

On April 10, 2013, this Court dismissed Plaintiff's complaint and directed Plaintiff to retain an attorney and to submit an amended complaint within thirty days. Plaintiff was advised that if she failed to retain an attorney or to submit an amended complaint, the case would be dismissed.

On April 29, 2013, Plaintiff moved for enlargement of time to comply with the April 10, 1013 order. On May 7, 2013, the Court extended Plaintiff's time to respond to June 10, 2013, but warned her that no further extensions would be granted.

To date, no attorney has entered an appearance on behalf of Plaintiff or her daughter, and no amended complaint has been filed. Accordingly, Plaintiff having failed to comply with the provisions of the Court's order, this case is HEREBY DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   June 29, 2013**               /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE